Case 2:16-cv-01039-VEH-JEO   Document 1   Filed 06/27/16   Page 1 of 4

CV-16-NS-1039-S

FILED
2016 Jun-27 PM 01:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

1983 Form

# In the United States District Court
# For the Northern District of Alabama

Cortney Lamar Rolley
AIS # 229170

(Enter above the full name(s) of the
plaintiff(s) in this action)

v

Lt. Jenkins
Sgt. Murphree, et al.,
In Their Individual Capacities
and Official Capacities.

(Enter above full name(s) of the
defendant(s) in this action)

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (✓)

   B.  If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

   1.  Parties to this previous lawsuit

       Plaintiff(s): N/A

       Defendant(s): N/A

   2.  Court (if Federal Court, name the district; if State Court, name the county)
       N/A

   3.  Docket Number  N/A

   4.  Name of judge to whom case was assigned  N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? N/A

6. Approximate date of filing lawsuit N/A

7. Approximate date of disposition N/A

II. Place of present confinement Donaldson Corr. fac.

A. Is there a prisoner grievance procedure in this institution?
Yes ( )  No (✓)

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )  No (✓)

C. If your answer is YES:

1. What steps did you take? N/A

2. What was the result? N/A

D. If your answer is NO, explain why not? We were transfered to Facility and placed indefinitely in Segregation from general population and all property was Confiscated.

III. Parties

In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) Cortney Lamar Rolley #229170

Address 100 Warrior Ln Bessemer, Al 35023

- 2 -

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.

B. Defendant **Mr. Jenkins**
   is employed as **LT.**
   at **Donaldson Corr. Fac.**

C. Additional Defendants **Sgt. Joshua G. Murphree, Regional Cord.nator Shirell Price, Commissioner Dunn, Associate Commissioner Grant Culliver - Dir. Warden Bolling, Warden Myree and unknown named Warden Classification Supervisor Bonner**

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

On June 16, 2016, I was transfered to Donaldson Corr. Fac. from St. Clair Corr. Fac. general population and placed in Segregation indefinitely without any institutional Disciplinary reports or infraction, where there are several enemies of mine from violent incidents of the pass, in violation of ex post facto, procedural Due process, Cruel and unusual Punishment, denial of First Amendment where all legal work, personal property taken per order of Defendants. and on June 18, 2016 while returning from pill call Handcuffed I was sprayed with Mace/or Freeze Plus/or pepper spray In face, neck, Chest and slammed on ground by Lt. Jenkins without probable Cause and I never Disobeyed any direct orders and I have witnesses.

-3-

Sgt. Murphree created the situation by twisting my arm yelling Code Red, I was denied medical treatment for an half an hour while being held in corridor of X-Y unit. and this unit im being held in was not in existence until we were forced to stay in lock-down without any form of Hearing and my vision has been impaired it's currently blurry and my life's in danger because Lt. Jenkins and Sgt. Murphree threaten to kill me because we've been labeled as the attackers of Lt. Carter when he was stabbed at St. Clair.

V. **RELIEF**
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Punitive Damages for $50,000.00 each, Compensatory Damages for $50,000.00 each, Request for Appointment of Counsel, Review of Ala. Dept of Corr. Rules and Regulations in order for the Courts to See that the administrators have violated their own policies with Deliberate indifference to my Constitutional Rights. I wish to file Criminal Charges of Assault and Conspiracy

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
               (date)

MR. Cortney Lamar Rolley
#229170 (X-20)
100 Warrior Lane
Bessemer, AL
35023

Signature(s)

- 4 -