FILED
2017 Apr-19 PM 03:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CORTNEY LAMAR ROLLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 2:16-cv-01039-VEH-JEO |
| LT. JENKINS, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

The magistrate judge entered a report on March 24, 2017, recommending all claims in this action, except the First Amendment Freedom of Religion and the Eighth Amendment excessive force and delayed medical care claims against Jenkins and Murphee be dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b), for failing to state a claim upon which relief can be granted. (Doc. 10). The magistrate judge further recommended the plaintiff's remaining claims be referred back to the magistrate judge for further proceedings. (*Id.* at 19). Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen (14) days, no objections have been received by the court.

1

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. The court **ORDERS** that all claims in this action, except the First Amendment Freedom of Religion and the Eighth Amendment excessive force and delayed medical care claims against Jenkins and Murphee are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b). The court further **ORDERS** that the remaining claims are **REFERRED** to the magistrate judge for further proceedings.

**DONE** and **ORDERED** this 19th day of April, 2017.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge