Alabama Department of Corrections

# DISCIPLINARY REPORT

403A (5-7)



DEFENDANT'S EXHIBIT E

DISC002

**Incident Report Number:** WDCF-16-01240

1. **Inmate:** ROLLEY, CORTNEY LAMAR     **Custody:** MEDIUM     **AIS:** 00229170S
2. **Institution:** WILLIAM E. DONALDSON CORR. FAC     **Disc #:** WDCF-16-01240-1
3. **The above inmate is being charged by:** MURPHREE, JOSHUA G
   **with a violation of the following Rule(s):**
   925 - Failure to obey a direct order of an ADOC Employee
   **From Administrative Regulation #403, which occured on or about:**
   Jun 18 2016  5:15AM at X-Block

   A hearing on this charge will be held after 24 hours from being served.
4. **Circumstances of the violation(s) are as follows:**
   You, inmate Cortney Rolley B/229170, did fail to obey a direct order from Sergeant Murphree to continue walking to your cell.

| 06/18/2016 | MURPHREE, JOSHUA G / Sergeant |
|---|---|
| Date | Arresting Officer Name / Title |

5. I hereby certify that on this 18th day of June, 2016, at (time) 06:12:00, I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present written questions for the witnesses.

| FOX, COREY O | Inmate Refused to Sign |
|---|---|
| Serving Officer Name / Title | Inmate's Signature / AIS Number |

6. **Witnesses desired?**   **NO:** Inmate Refused to Sign      **YES:** _____
   Inmate's Signature          Inmate's Signature

7. **If yes, list:** N/A

Alabama Department of Corrections                                      DISC006

## DISCIPLINARY REPORT
### 403A Final

**Incident Report Number:** WDCF-16-01240

**1. Inmate:** ROLLEY, CORTNEY LAMAR     **Custody:** MEDIUM     **AIS:** 00229170S

**2. Institution:** WILLIAM E. DONALDSON CORR. FAC     **Disc #:** WDCF-16-01240-1

**3. The above inmate is being charged by:** MURPHREE, JOSHUA G

   with a violation of the following Rule(s):

   925 - Failure to obey a direct order of an ADOC Employee

   From Administrative Regulation #403, which occured on or about:

   Jun 18 2016  5:15AM at X-Block

   **A hearing on this charge will be held after 24 hours from being served.**

**4. Circumstances of the violation(s) are as follows:**

   You, inmate Cortney Rolley B/229170, did fail to obey a direct order from Sergeant Murphree to continue walking to your cell.

   06/18/2016                              MURPHREE, JOSHUA G / Sergeant
   Date                                    Arresting Officer Name / Title

**5.** I hereby certify that on this 18th day of June, 2016, at (time) 06:12:00, I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present written questions for the witnesses.

   FOX, COREY O                            Inmate Refused to Sign
   Serving Officer Name / Title            Inmate's Signature / AIS Number

**6. Witnesses desired?**    **NO:** Inmate Refused to Sign            **YES:**
                                  Inmate's Signature                        Inmate's Signature

**7. If yes, list:** N/A

**8. Hearing Date:** June 28, 2016     **Time:** 23:00:00     **Place:** Donaldson C. F.

**9.** Inmate must be present in Hearing Room. If he / she is not present, explain in detail on additional page and attach.

**10.** The Arresting Official, Inmate, and all Witnesses were sworn to tell the truth.

                                    EADS, TRENTON J
                                    Hearing Officer Name / Title

**11.** A finding is made that the inmate is capable of representing himself / herself.

                                    EADS, TRENTON J
                                    Hearing Officer Name / Title

**12. Plea:**     ROLLEY, CORTNEY LAMAR / 00229170S          **Not Guilty**

**13. Arresting Official's testimony (at the hearing):**

I was assisting with an incident in X-Unit. Inmate Rolley returned from pill call. He stoped and said to the inmate upstairs "you alright bro" I instructed inmate Rolley to return to his cell. Inmate Rolley refused and stated "Fuck You". I went down stairs to escort him to his cell. As I took a escort position he pulled away from me and stated, I'll beat your mother fucking ass". Lieutenant Jenkins administered a burst of Sabre Red.

**14. Inmate's testimony:**

I came back from pill call, hand cuffed to the front. I looked up, he ran down grabbed me, Lieutenant Jenkins spayed me, took me to the corridor sprayed me again hit me and then took me to the infirmary.

Alabama Department of Corrections                                                                    DISC006

# DISCIPLINARY REPORT CONTINUATION WDCF-16-01240-1
### 403A Final

**15.** The inmate was allowed to submit question(s) to all witnesses. Copy of questions and answers are attached.

EADS, TRENTON J
Hearing Officer Name / Title

**16.** The following witnesses were not called:
N/A

**17.** After hearing all of the testimony, the Hearing Officer makes the following findings of fact (Be Specific):
**The hearing Officer finds that:**
Upon returning from pill call for X-Unit inmate Rolley did stop and look upstairs and spoke to another inmate. Inmate Rolley was give a direct order to return to his assigned cell. Inmate Rolley did refuse the direct order.

**18.** Basis for finding of fact:
Testimony from the arresting Officer, who stated that imate Rolly was given a direct order and he refusedto follow the roder

**19.** Hearing Officer's decision: [X] Guilty   [ ] Not Guilty   [ ] Recommend for reinitiation

**20.** Hearing Officer's recommendation of sanction(s) to be taken against this inmate:

[ ] Counseling / Warning

[ ] Extra Duty for ____ days at ____ hours per day under supervision _____ Shift

[ ] Loss of Outside privileges for _____ days

**Community Based Institutions Only:**

[X] Loss of Canteen privileges for 30 days, as of 07/11/2016        [ ] Draw cut to __ (min $25) for __ days

[X] Loss of Telephone privileges for 30 days, as of 07/11/2016     [ ] Restriction / State Whites for _____ days

[X] Loss of Visiting privileges for 30 days, as of 07/11/2016          [ ] Loss of Passes for _____ days

[ ] Removal from Hobby Craft                                                             [ ] Return to Inmate Staff for _____ days

[ ] Loss of Good Time ____ Yrs ____ Mos ____ Dys

[X] Disciplinary Seg for 30 days

[ ] Recommend Custody Review

[ ] Recommend Job Change

[ ] Financial Compensation _____

EADS, TRENTON J
Hearing Officer Name / Title

**21.** Warden's Action - Date:   07/11/2016

Approved       Leon Bolling

Disapproved    _____

Other (specify) _____

**22.** I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named Inmate on this the 14th day of July, 2016 at 13:51:00.

Alabama Department of Corrections     DISC006

## DISCIPLINARY REPORT CONTINUATION WDCF-16-01240-1
### 403A Final

| | |
|---|---|
| **23.** GADSON, RODERICK L | Inmate Refused to Sign |
| Serving Officer Name / Title | Inmate's Signature / AIS Number |

**Procedural Requirements:**

1. The inmate was positively identified as the inmate that has the rule violation?     Yes

2. The inmate was given written notice of charges at least 24 hours prior to the hearing?     Yes

3. The inmate was able to attend the hearing?     Yes

4. If the inmate wanted witnesses, he/she was permitted to call at least (3) witnesses?     Yes

5. The inmate was allowed to prepare questions for the witnesses?     Yes

6. The hearing is being held within ten (10) working days from the date the inmate was served?     Yes

7. The inmate was provided ADOC assistance, if it was requested or warranted?     Yes

8. Did the Arresting Officer use a confidential source?     No
    1. Has the source been used before?
    2. How many times has the source been used before?
    3. Was the information provided in the past truthful?
    4. Has other information been received to corroborate sources' given information?
    5. Has the information uncovered during the investigation given the source a reason to lie?
    6. Is the information from the confidential source reliable?

**Procedural Requirements Completed By:**     EADS, TRENTON J

Distribution:     Original to Central Records Division
               Copy to:    I & I (If Federal or State law violated)
                              Inmate Institutional File
                              Board of Pardons and Parole
                              Sentencing Judge (if applicable)