# Alabama Department of Corrections

## DUTY OFFICER REPORT

| 1. Institution/Division: | 2. Date | 3. Time | 4. Inc. No: | WDCF-16-01240 |
|---|---|---|---|---|
| WILLIAM E. DONALDSON CORR. FAC | 6/18/2016 | 5:15:00 AM | Class Code: | B |

| 5. Type of Incident - PRIMARY: | 6. ASCA Incident Type - PRIMARY: |
|---|---|
| Failure to Obey a Direct Order of ADOC Employee | |
| **7. Type of Incident - Secondary:** | **8. ASCA Incident Type - Secondary:** |
| Use of Force - Chemical Agents/Electric Restraints/Impact Weapon/Physical | III 13.1 Immediate Use of Force |

**9. Location of Incident:**     X-Block

**10. Victim(s):**

| Name | AIS | R/S | DOB | Sentenced From | Date | Length | Min Rel |
|---|---|---|---|---|---|---|---|
| N/A | | | | | | | |
| Offense(s) | | | | | | | |

**11. Suspect(s):**

| Name | AIS | R/S | DOB | Sentenced From | Date | Length | Min Rel |
|---|---|---|---|---|---|---|---|
| ROLLEY, CORTNEY | 00229170 | B / M | | ETOWAH | 04/21/2003 | 30Y 0M 0D | 06/22/2032 |
| Offense(s) | | BURGLARY I,KIDNAPPING II,RAPE I,ROBBERY I,ROBBERY III,SODOMY I | | | | | |

**BRIEF Narrative:**

On June 18, 2016, at approximately 5:15AM, Correctional Sergeant Joshua Murphree was assisting with escorting inmates in X-Block to pill call. While escorting inmate Courtney Rolley B/229170 back to cell X-20, inmate Rolley stopped walking. Sergeant Murphree gave inmate Rolley a direct order to continue walking. Inmate Rolley turned and stepped towards Sergeant Murphree and stated, "fuck you, I'll beat yo motherfucking ass". Correctional Lieutenant Mohammed Jenkins immediately retrieved his SABRE Red Aerosol Defensive Spray and administered a (1) second burst into inmate Rolley's face. Sergeant Murphree and Lieutenant Jenkins then immediately grasped inmate Rolley on the left and right arms and escorted him to the infirmary. Inmate Rolley was decontaminated and treated by Registered Nurse Adrian McClain. Inmate Rolley was then placed back in cell X-20 without further incident. At approximately 5:33AM, Lieutenant Jenkins reported the incident the on-call security official, Correctional Warden II Angela Miree. Inmate Rolley will receive disciplinary action for failure to obey a direct order of an ADOC employee. For further details see 302-A.  6/18/2016 5:55 AM by trenton.eads 6/18/2016 5:58 AM by terry.thomas



DEFENDANT'S EXHIBIT F